James B. NORTON, III, Alan M. Wolfe and James J. Marlowe,

v.

William T. GLENN, Sr. Troy Publishing Company Inc., Tom Kennedy, and William M. Caulfield,

Petition of Troy Publishing Company, Inc., Tom Kennedy and William Caulfield.

Supreme Court of Pennsylvania.

Jan. 29, 2003.

### ORDER

PER CURIAM.

**AND NOW,** this 29th day of January, 2003, the Petitions for Allowance of Appeal are **GRANTED,** but **LIMITED** to the following issue:

Whether the constitutional privilege of neutral reportage is viable in the Commonwealth of Pennsylvania.